# Court of Appeals
# of the State of Georgia

ATLANTA,  September 15, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2243. CRAIG LAPORTE TOMLINSON v. THE STATE.**

Following his guilty plea to several offenses, Craig Laporte Tomlinson filed a motion to modify his sentence. The trial court denied the motion on March 6, 2015, and Tomlinson filed a notice of appeal on April 10, 2015. We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal must be filed within 30 days of the order sought to be appealed. "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995). Here, Tomlinson filed his notice of appeal 35 days after the trial court's order denying his motion. Accordingly, we lack jurisdiction to consider the appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/15/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*